UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3108 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| JESUS SILVA-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 42, is granted;

2. the hearing will be held on February 1, 2006, at 3:30 p.m. Central Standard Time (3:30 p.m. Pacific Standard Time) in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant's counsel will be present by telephone. The courtroom deputy will initiate the telephone call to defendant's counsel at telephone number (702) 386-6000;

3. the defendant, Jesus Silva-Crus, has waived his appearance at said hearing.

Dated January 10, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge