UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3108 |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| JESUS SILVA-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

     The Order on Request for Hearing on Rule 35(b) Motion is amended in paragraph 2 to read as follows:

     2.    the hearing will be held on February 1, 2006, at 3:30 p.m. Central Standard Time (1:30 p.m. Pacific Standard Time) in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant's counsel will be present by telephone.  The courtroom deputy will initiate the telephone call to defendant's counsel at telephone number (702) 386-6000;

The remainder of the order shall remain as filed.

     Dated January 11, 2006.

                                                    BY THE COURT

                                                    s/ Warren K. Urbom
                                                    United States Senior District Judge